No. 5420.—SANTAELLA, aplte., v. G. LLINÁS & Co., S. EN

C., ET AL., apldos.—C. D. Ponce. Tercería. Noviembre 12, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)
Desestimado por abandono.